# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 6181 | **DATE** | 10/11/2002 |
| **CASE TITLE** | Central States etc. et al. Vs. Transport Service Co. etc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiffs motion to compel discovery is granted in part and denied in part.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | OCT 1 5 2002 | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | 39 |
| | Copy to judge/magistrate judge. | | |
| WAH | courtroom deputy's initials | date mailed notice | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CENTRAL STATES, SOUTHEAST AND )
SOUTHWEST AREAS PENSION FUND, )
AND HOWARD MC DOUGALL, Trustee, )
and )
CENTRAL STATES, SOUTHEAST AND )
SOUTHWEST AREAS HEALTH AND )
WELFARE FUND, and HOWARD )
MC DOUGALL, Trustee, )
)
        Plaintiffs, )
)
    vs. )   No. 00 C 6181
)
TRANSPORT SERVICE CO., an Illinois )
corporation, )
)
        Defendant. )

## MEMORANDUM OPINION AND ORDER

Plaintiffs seek to copy personnel files of employees defendant claims worked at or out of an unrelated facility. Defendant has permitted plaintiffs to inspect those files, but only in the presence of defendant's representative and its attorney. Plaintiffs had, apparently, earlier obtained the names and social security numbers of the drivers who defendant claims were working out of Assumption.

We recognize that the production of such files implicates privacy concerns. We also believe that plaintiffs have presented persuasive reasons why those records may assist them in determining whether Assumption was a wholly unrelated facility and what location was the base for individual drivers. But we see no reason why those records need to be reviewed by anyone other than plaintiffs' attorneys and auditors. Defendant shall permit plaintiffs to copy those files, at their expense, but, for now, their review shall be only by plaintiffs' attorneys and auditors, and all copies shall be returned to defendant at the close of this

litigation.

We see little need, at this time, for defendant to disclose the names of claimed Assumption customers. If trip sheets/driver daily logs are produced, as requested, plaintiffs will know who hauled from where to where and for whom. We think, moreover, that before plaintiffs seek discovery from the 30 or so other customers the possible adverse impact upon defendant's relationship with those customers must be considered. The disclosure of the names of customers is, for now, denied.

JAMES B. MORAN
Senior Judge, U. S. District Court

Oct. 11, 2002.