## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 6181 | **DATE** | 8/4/2004 |
| **CASE TITLE** | CENTRAL STATES, SOUTHEAST AND SOUTH vs. TRANSPORT SERVICE CO. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Defendant's motion to certify the order as immediately appealable pursuant to 28 U.S.C. 1292(b) is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | AUG - 5 2004 date docketed | 72 |
| | Notified counsel by telephone. | | | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | LG | courtroom deputy's initials | 2004 AUG -4 PM 5:50 | date mailed notice |
| | | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CENTRAL STATES, SOUTHEAST AND )
SOUTHWEST AREAS PENSION FUND, )
and HOWARD McDOUGALL, Trustee )
)
and )
)
CENTRAL STATES SOUTHEAST AND )
SOUTHWEST AREAS HEALTH AND )
WELFARE FUND, and HOWARD )
McDOUGALL, Trustee, )
)
                    Plaintiffs, )
)
v. )    No. 00 C 6181
)
TRANSPORT SERVICE CO. )
an Illinois corporation. )
)
                    Defendant. )

## MEMORANDUM OPINION AND ORDER

Defendant moves that an order as immediately appealable pursuant to 28 U.S.C. § 1292(b). That motion is denied.

Defendant seeks certification of the following issue:

> "Under the common law or pursuant to ERISA, can an employer be compelled to make contributions to a Multi-Employer Pension Fund or Health and Welfare Fund on behalf of employees whom the District Court has found to be neither represented by the applicable union nor members of the bargaining unit to which the applicable collective bargaining agreement applies?"

But, that issue doesn't need to be certified. The answer is clearly "no" except, possibly, as a remedy bor a breach of a collective bargaining agreement. It is also not the issue in this litigation. Rather, the primary issue is whether there are drivers whom the employer classifies as Assumption drivers who are, in fact, because of where and how they actually operate, members

72

of the bargaining unit to which the applicable collective bargaining agreement applies and are therefore represented by the union and are drivers for whom contributions are due.

                                          _/s/ James B. Moran_
                                          JAMES B. MORAN
                                          Senior Judge, U.S. District Court

August 4, 2004